**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**ROBERT CHARLES McALISTER**                                    **PETITIONER**
**Reg # 17858-076**

**VS.**                        **NO. 2:08-CV-00211-BD**

**T.C. OUTLAW, Warden,**
**Federal Correctional Complex,**
**Forrest City, Arkansas**                                    **RESPONDENT**

## JUDGMENT

In accordance with the Court's Memorandum Opinion and Order entered this date,

judgment is hereby entered dismissing this 28 U.S.C. § 2241 petition for writ of habeas

corpus, with prejudice.

IT IS SO ORDERED this 21st day of April, 2009.


_____
UNITED STATES MAGISTRATE JUDGE

1

IT IS SO ORDERED this 20th day of April, 2009.

_____
UNITED STATES MAGISTRATE JUDGE